# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | NO: |
| | § | SA:17-CR-00391(1,2,3,4,5,6,8,9,10,11,12 |
| **(1) RAUL RAMOS** | § | ,13,14,15,16,17,18,19,20,22,23,24,26,27,2 |
| **(2) VICTOR GARCIA** | § | 9,30,31,32,33,34,35)-XR |
| **(3) ANGEL CANTU GARCIA** | § | |
| **(4) ROBERT M. CANTU** | § | |
| **(5) MARIANO VALDEZ III** | § | |
| **(6) FERNANDO GONZALES** | § | |
| **(8) ARTHUR GALLEGOS** | § | |
| **(9) DANIEL GARZA** | § | |
| **(10) RICKY ESCOBEDO** | § | |
| **(11) JIMMY LEE ZUNIGA** | § | |
| **(12) MIGUEL HERNANDEZ** | § | |
| **(13) RAMIRO R. CARRIZALES** | § | |
| **(14) ABEL JOSEPH GUERRERO** | § | |
| **(15) JOE PEREZ III** | § | |
| **(16) JULIAN ROSAS GARZA** | § | |
| **(17) JUAN JOSE GONZALES** | § | |
| **(18) ROMAN GABRIEL GONZALES** | § | |
| **(19) JOSE ANGEL ARREDONDO** | § | |
| **(20) JOHNNY RAY MORALES** | § | |
| **(22) MARIO VEGA** | § | |
| **(23) ALFRED GARANSUAY** | § | |
| **(24) FRAN MARIE GONZALES** | § | |
| **(26) ROBERTO HERNANDEZ.** | § | |
| **(27) ALBERT GUERRA MATA** | § | |
| **(29) JIMMY PEREZ** | § | |
| **(30) ROBERT RODRIGUEZ** | § | |
| **(31) JOHNNY RAMON FONSECA** | § | |
| **(32) PEDRO TORREZ** | § | |
| **(33) JESUS RODRIGUEZ** | § | |
| **(34) FREDERICK ROCHA** | § | |
| **(35) OSCAR MARTINEZ** | § | |

## GENERAL ORDER CONCERNING AUTHENTICATION OF EXHIBITS

In order to more efficiently and expeditiously conduct a trial if one is necessary,

counsel are encouraged to exchange exhibits within a reasonable period of time prior to the docket call and trial setting.  Once counsel has provided opposing counsel with proposed exhibits, authentication of the exhibit will be presumed unless opposing counsel notifies the offering party in writing within five (5) days after the exhibit is listed and made available.  To the extent that counsel wish to raise objections concerning the admissibility of exhibits, such objections must be made at least three (3) business days before trial by notifying the Court in writing of the evidentiary disputes with copies of the disputed exhibit and authority attached to the written objection.

So ORDERED this 13th day of June, 2017.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE